# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JULY 24, 2014

### NO. 03-14-00233-CV

**Michael J. Ritter, Appellant**

**v.**

**Greg Abbott, Attorney General of The State of Texas, Appellee**

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court. Ritter has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Ritter shall pay all costs relating to this appeal, both in this Court and the court below.